**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-7039

JONATHAN PENDLETON,

> Plaintiff - Appellant,

v.

JASON S. MIYARES, Attorney General of Virginia; LOUISE DIMATTEO; COMMISSIONERS OF VIRGINIA DEPARMENT OF BEHAVIORAL HEALTH AND DEVELOPMENTAL SERVICES; ARLINGTON COUNTY COMMUNITY SERVICES BOARD; ARLINGTON COUNTY DEPARTMENT OF HUMAN SERVICES; DIRECTOR OF CENTRAL STATE HOSPITAL; SUPERINTENDENT OF NORTHERN VIRGINIA MENTAL HEALTH INSTITUTE; COURTNEY NOBLES, NGRl Coordinator for DHS; GRACE GUERRERO, psychologist employed by DHS; KELLY NIEMAN, NGRI Coordinator for DHS from 2017 to 2019; ANGELICA TORRES-MANTILLA, NGRI Coordinator for DHS from 2020 onward; MARK DOERING, case management supervisor for DHS; THOMAS WALLACE, compliance officer for DHS; JAN LONGMAN, compliance officer for DHS; RICHARD WRIGHT, forensic psychiatrist on the Virginia DBHDS Forensic Review Panel; ANITA FREIDMAN, Director of Arlington DHS; NELSON SMITH, Commissioner of Virginia Department of Behavioral and Developmental Services (DBHDS); JENNIFER ANGLIN; MICHAEL WESTFALL, Virginia State Inspector General; OSIG JANE DOE #1; KLI KENZIE, Executive Secretary for the Virginia Office of Human Rights under DBHDS; ANN PASCOE; SARAH DAVIS, Forensics Operations Manager in the DBHDS Office of Forensic Services; CHRISTINE SCHEIN, Deputy Director for Forensic Services under DBHDS; OSIG JANE DOE #2; PAUL FERGUSON, Clerk of the Circuit Court of Arlington County,

> Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:23-cv-00446-LMB-IDD)

—————————

Submitted:  December 20, 2023                    Decided:  February 21, 2024

—————————

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Jonathan Pendleton, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Jonathan Pendleton appeals the district court's order dismissing Pendleton's civil claims against Defendants after a review pursuant to 28 U.S.C. § 1915. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Pendleton v. Miyares*, No. 1:23-cv-00446-LMB-IDD (E.D. Va. filed Oct. 3, 2023 & entered Oct. 4, 2023). We deny Pendleton's motion for a certificate of appealability, without prejudice,* and deny his motions for summary reversal, reassignment, and release. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* The clerk's office construed Pendleton's motion for a certificate of appealability as a notice of appeal of the district court's order dismissing Pendleton's 28 U.S.C. § 2254 petition in *Pendleton v. DiMatteo*, No. 3:23-cv-00734-RCY-MRC (E.D. Va., PACER Nos. 4-5), and forwarded the motion to the appropriate district court for docketing as a misrouted notice of appeal.